# United States District Court
## Middle District of Louisiana
### Office of the Clerk



# NOTICE

TO:          James Calvin Young
Chaffe McCall, LLP - NO
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300

FROM:     Kristie Causey/Clerk's Office

DATE:      March 20, 2012

SUBJECT: Promissory Notes in Civil Action:

                    CV 93-920, FDIC v. Republic Property, et al.,
                    CV 93-921, FDIC v. Republic Property, et al.,
                    CV 93-922, FDIC v. Republic Property, et al., and
                    CV 93-923, FDIC v. Republic Property, et al.

Since the above captioned cases are closed and in accordance with Uniform Local Rule 79.3, DISPOSITION OF EXHIBITS:

*All exhibits in the custody of the clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the clerk.*

Accordingly, Clerk of Court is returning the enclosed promissory notes previously filed with the Court in the above listed matter by FedEx for you to retain in your files.